DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OMAR ALCANTAR-QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> *Plaintiff*, </br></br> v. </br></br> OMAR ALCANTAR-QUINTANA, </br></br> *Defendant*. | NO. 1:06-cr-0043 OWW </br></br> STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON </br></br> Date: May 8, 2006 </br> Time: 9:00 a.m. </br> Judge: Honorable Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above-entitled matter now set for April 18, 2006 may be continued to **May 8, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further investigation and case disposition.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

Stipulation and Proposed Order

```
                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: April 13, 2006            By:    /s/ Marianne A. Pansa
                                        MARIANNE A. PANSA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Acting Federal Defender


DATED: April 13, 2006            By:    /s/ Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OMAR ALCANTAR-QUINTANA
```

## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.


IT IS SO ORDERED.

**Dated:   April 19, 2006**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE